UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:12 - MJ -0166 GGH |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH LAMONT SMITH | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
       (X) Ad Prosequendum        () Ad Testificandum

Name of Detainee:     KEITH LAMONT SMITH
Detained at (custodian):   Sacramento County Jail

Detainee is:    a.)   (X) charged in this district by:  ( ) Indictment   ( ) Information  (X) Complaint
                    charging detainee with: <u>18 U.S.C. § § 1951. 1952</u>
    or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (X) return to the custody of detaining facility upon termination of proceedings
    or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **forthwith** in the Eastern District of California.*

Signature:               /s/ Michelle Rodriguez
Printed Name & Phone No:   Michelle Rodriguez (916) 554-2773
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
       (X) Ad Prosequendum        () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***forthwith,*** before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 20, 2012

                       /s/ Gregory G. Hollows
              UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Gender: Male |
| Booking or CDC #: | 09646728 | DOB: XX/XX/1976 |
| Facility Address: | 651 I Street | Race: White |
| | Sacramento, CA 95814 | FBI #: |
| Facility Phone: | (916)874-6752 | |
| Currently Incarcerated For: | PC 273.5(A) Felony | |

---

### RETURN OF SERVICE

Executed on  _____     By: _____
                                                                                             (Signature)